UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**YOLANDA HARRIS,**

    **Plaintiff,**

    v.

**NATIONAL CREDIT SYSTEMS, INC.,**

    **Defendant.**

_____/

**AMENDED NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(a) – FEDERAL QUESTION**

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF'S ATTORNEY:

PLEASE TAKE NOTICE THAT Defendant National Credit Systems, Inc. (hereinafter, "NCS" or "Defendant") hereby removes the above-entitled action originally filed in the Hillsborough County Court, State of Florida, to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446 without waiver of any defenses. In support, Defendant states as follows:

1. On or about August 31, 2020, NCS was served with a copy of the Complaint filed by Plaintiff, Yolanda Harris ("Plaintiff"), in the Hillsborough Court, State of Florida, action entitled *Yolanda Harris v. National Credit Systems, Inc*., Hillsborough County Court Case No. 19-CC-061328. A true and correct copy of Plaintiff's Complaint ("the State Court Action") is attached hereto as Exhibit A.

2. The State Court Action indicates that it was filed on November 22, 2019.  (*See* Exhibit A.)

3. Pursuant to 28 U.S.C. § 1331, this court has jurisdiction over the State Court Action because it raises federal questions. Specifically, Plaintiff alleges that NCS has improperly attempted to collect monies from her, and has improperly reported amounts on her credit report, in violation of both the Fair Debt Collection Practices Act, 15 U.S.C.§ 1692 *et seq.*, and the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. All remaining claims are related to these allegations, and as such, this Honorable Court can exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

4. As required by 28 U.S.C. § 1446(b), this Notice of Removal is properly filed within thirty (30) days of the Receipt of the Summons and Complaint in the State Court Action.

5. Venue is proper pursuant to 28 U.S.C. § 1446(a) because Hillsborough County is in the Middle District of Florida.

6. NCS will promptly file a copy of this Notice of Removal with the Clerk of the Hillsborough County Court, and a copy of this Notice of Removal is being concurrently served upon the Plaintiff.

## CONCLUSION

**WHEREFORE**, Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1331, 1367, 1441 and 1446.

Dated this September 20, 2020.

Respectfully submitted,

*/s/ Patrick K. Elliott*
**PATRICK K. ELLIOTT**
Florida. Bar Number: 1000970
**THE LAW OFFICE OF PATRICK K. ELLIOTT, PLLC**
100 S. Ashley Drive, Suite 600
Tampa, FL 33602
Direct Dial: (813) 379-3090
Facsimile:   (813) 433-5126

- 3 -

Email: elliottp@employmentandconsumerlaw.com
Email: assistant@employmentandconsumerlaw.com
***Attorney for Plaintiff***

- 4 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 20, 2020, a true and correct copy of the foregoing will be furnished to the following *pro se* parties as follows:

Yolanda Harris
2517 E 31st Ave Apt B
Tampa, FL 33610
*Via First Class Mail*

>  */s/ Patrick K. Elliott*
>  **PATRICK K. ELLIOTT**