IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

Plaintiff: Yolanda Harris

CASE NO. 19-061328

DIVISION: I

Address: 2517 E 31st Ave Apt B
(number) (street)

Tampa    FL    33610
(city)  (state)  (zip code)

Phone: 813-369-1818

vs

Defendant: National Credit Systems, Inc (Joel Lackey - Director and Lisa Manuel - Collections Rep.)

Address: 1311 Pebble Creek Road
(number) (street)

Marietta    GA    30067
(city)  (state)  (zip code)

Phone: 404-629-2728

[Clerk stamp: 19 NOV 22 PM 3:40 CLERK OF THE CIRCUIT COURT COURTS]

## STATEMENT OF CLAIM

Plaintiff Yolanda Harris, sues defendant Joel Lackey - Director and Lisa Manuel Collections Rep and alleges:

1. This is an action for damages which does not exceed $5,000.00.

2. Plaintiff(s) claim the amount of $ 2,000 as being due from said defendant(s) and alleges as the basis of such suit: Remove off my Credit Report due to apartments placing on my credit Report.

3. Demand has been made for payment of said amount due, but defendant(s) has not paid plaintiff.

**WHEREFORE**, plaintiff demands judgment in the amount of $ 2,000, plus all costs of this action.

Yolanda Harris being first duly sworn on oath, says the foregoing is a just and true statement of the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

_Yolanda Harris_
Plaintiff or Agent

cocv1297 (Rev 07-08-09)     Page 1 of 2

**STATE OF FLORIDA**
**COUNTY OF HILLSBOROUGH**

The foregoing instrument was sworn to or affirmed and signed before me this _____ day of _____, _____, by _____ who is personally known to me or who has produced _____ identification and who did [ ] did not [ ] take an oath.

**PAT FRANK**
As Clerk of the Court

_____
As Deputy Clerk

_____
Notary Public

_____
Typed or Printed Name

**STATE OF FLORIDA**
**COUNTY OF HILLSBOROUGH**

The foregoing instrument was sworn to or affirmed and signed before me this ____NOV 2 2 2019____ day of _____, _____, by __Yolanda Harris__ who is personally known to me or who has produced ____FLDL____ identification and who did [X] did not [ ] take an oath.

**PAT FRANK**
As Clerk of the Court

_____Anne C._____
As Deputy Clerk

_____
Notary Public

_____
Typed or Printed Name

Dear Judge,

In July 2017 i moved out of the apartments mabry manor on the 1st of the month. I went to go stay with my daughter who was injured in a car accident. I gave a 60 day notice to the apartments. Long story short the apartments put a $2000 break your lease fee on me because they said I was suppose to move out on July 10th not July 1st. Oh I was very upset but was not in collections so the apartments gave me the name of the company so I called them and made a payment with them. My second payment i recieved a recording explaining that they are no longer in business and National Credit Systems is now handling my case. So i reached out to Lisa Manuel to make a payment arrangements that is what the letter said and voicemail.

So i reach out to her by phone and she told me i had to provide my payment by debit card number on file. Now out of my 48 years of living and with all the fraud I have never heard of this before. I was trying to understand her statement i can not send in a money order or pay by mail i had to provide her with my debit card number to put on file or she was going to send me to the credit bureau. I explained i was paying with money order or check but it could not be sent to the bureaus, I would not be able to get an apartment. She sent me 2 weeks later. She was mean and rude. Now I am in all 3 bureaus I can not get an apartment anywhere, and I am homeless I wish to have this removed from my credit, it was placed on me out of anger.

Thank you yolanda.



DEPT 855    1160914019012
PO BOX 4115
CONCORD CA  94524

**National Credit Systems, Inc**

P.O. Box 312125 Atlanta, GA 31131-2125
Phone: (404) 629-2728
Toll Free: (800) 459-1539

ADDRESS SERVICE REQUESTED

YOLANDA HARRIS
PO BOX 173505
TAMPA FL 33672-1505

January 15, 2019

Current Creditor: MABRY MANOR APTS / 1701
Account #: ▉▉▉▉▉▉
Balance: $2000.00

Dear YOLANDA HARRIS,

Your refusal to make suitable arrangements to satisfy the above referenced debt has resulted in your account being reviewed for additional recovery options available to our client in your state. Our company has already reported this account to all three national credit bureaus, which is likely affecting your ability to obtain credit, rent, or secure favorable interest rates.

If voluntary payment of this account is not made, we may recommend that our client proceed with additional collection remedies available to them under the law. If our client elects to initiate a lawsuit and obtains a court judgment against you, they may pursue other lawful recovery options. Their options may include any or all of the following, based upon legal procedures allowed in your state:

1. Garnishment of wages (states excluded: NC, SC, PA, TX)
2. Bank account levies
3. Liens on property

We encourage you to contact our office at your earliest opportunity, as our goal is to help facilitate a friendly resolution of your account. Otherwise, you may submit payment for this account through our website (www.nationalcreditsystems.com), by mail, or with our office over the phone.

Sincerely,

Lisa Manuel
Collection Representative
404-592-0225  800-440-4205



Use QR code to gain immediate access for payment.
www.nationalcreditsystems.com

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**