### 🛡 **CASE NUMBER: 19-CC-061328**
### **HARRIS, YOLANDA vs NATIONAL CREDIT SYSTEMS INC**

| | |
|---|---|
| Case Number: 19-CC-061328 | |
| Uniform Case Number: 292019SC061328A001HC | Judicial Officer: Ober, Ann. Joelle |
| Filed On: 2019-11-22 | Defendant: NATIONAL CREDIT SYSTEMS INC |
| Case Type: SC Debt Owed-Tier 3 $500.01-$2,500.00 | Amount Due: $0.00 |
| Case Status: Open | |

**CASE PARTY INFORMATION**

| Party Type | Name | Attorney | Attorney Contact |
|---|---|---|---|
| Plaintiff | HARRIS, YOLANDA | | |
| Defendant | National Credit System, Inc. | | |
| Defendant | NATIONAL CREDIT SYSTEMS INC | | |

**CASE JUDGE INFORMATION**

| Judge Assigned | Division | Date | Reason |
|---|---|---|---|
| Oster, Cynthia | Division L | 11/22/2019 | |
| Ober, Ann. Joelle | Division I | 11/22/2019 | Per Research/Transfer Slip |

**CASE EVENT INFORMATION**

| Event Date | Doc Index | Charge Number | Title |
|---|---|---|---|
| 09/21/2020 | 28 | | NOTICE OF REMOVAL TO FEDERAL COURT |
| | | | "Defendant: National Credit System, Inc." |
| 09/20/2020 | 27 | | NOTICE OF APPEARANCE |
| | | | "Defendant: National Credit System, Inc.","Defendant: NATIONAL CREDIT SYSTEMS INC" |
| 09/16/2020 | 25 | | CORRESPONDENCE |
| | | | "Plaintiff: HARRIS, YOLANDA" |
| 09/14/2020 | 24 | | JUDGE'S INSTRUCTIONS-INFORMATION ONLY |
| | | | RE CORRES FILED 9/11/20 - NOTED - SENT CASE TO MEDIATION FOR PARTIES TO TRY TO REACH AGREEMENT - JUDGE OBER 9/14/20 |
| 09/14/2020 | 23 | | ORDER REFERRING PARTIES TO MEDIATION |
| | | | AND NOTICE OF MEDIATION CONFERENCE |
| | | | "Defendant: NATIONAL CREDIT SYSTEMS INC","Plaintiff: HARRIS, YOLANDA","Date Signed: 09/14/2020","Judicial Officer:: Ober, Joelle Ann" |
| 09/11/2020 | 22 | | CORRESPONDENCE |
| | | | TO JUDGE |
| | | | "Plaintiff: HARRIS, YOLANDA" |
| 09/08/2020 | 21 | | COURT TICKET |
| 09/08/2020 | | | PRETRIAL (Judicial Officer: Ober, Joelle Ann) |
| | | | (11:00 AM - COURTROOM 301 3RD FL 800 E TWIGGS ST. TAMPA FL 33602) |
| 08/20/2020 | 20 | | ORDER |
| | | | REQUIRING ELECTRONIC/TELEPHONIC APPEARANCE FOR ALL PARTIES AT PTC |
| | | | "Date 2: 08/20/2020","Judicial Officer:: Ober, Joelle Ann" |
| 08/17/2020 | 19 | | JUDGE'S INSTRUCTIONS-INFORMATION ONLY |
| | | | NOTED ON LETTER TO JUDGE -- PLAINTIFF MUST SERVE DEFENDANT - CONTACT BAY AREA LEGAL SERVICES TO SEE IF THEY CAN ASSIST -- PER JUDGE OBER - 8/17/20 |
| | | | "Plaintiff: HARRIS, YOLANDA" |
| 07/24/2020 | 18 | | LETTER TO JUDGE FROM |
| | | | "Plaintiff: HARRIS, YOLANDA" |
| 07/24/2020 | 17 | | PLURIES SUMMONS ISSUED |
| | | | "Plaintiff: HARRIS, YOLANDA" |
| 07/24/2020 | 16 | | CIVIL AFFIDAVIT APPL INDIGENT STATUS - INDIGENT |

**CASE NUMBER: 19-CC-061328**

**HARRIS, YOLANDA vs NATIONAL CREDIT SYSTEMS INC**

|  |  |  |
|---|---|---|
| | | "Plaintiff: HARRIS, YOLANDA" |
| 06/16/2020 | 15 | ALIAS SUMMONS RETURNED NOT SERVED |
| | | "Defendant: NATIONAL CREDIT SYSTEMS INC" |
| 06/16/2020 | | PRETRIAL (Judicial Officer: Ober, Joelle Ann) |
| | | (10:00 AM - COURTROOM 301 3RD FL 800 E TWIGGS ST. TAMPA FL 33602) |
| 06/08/2020 | 14 | CLERK'S NOTES |
| | | PRE-TRIAL ON 6/16/20 CANCELLED PER JUDGE - NO RETURN OF SERVICE - NEEDS TO BE SERVED |
| 05/19/2020 | 13 | JUDGE'S INSTRUCTIONS-INFORMATION ONLY |
| | | NOTED ON CORRESPONDENCE -- FILE - DEFENDANT IS NOT SERVED - PER JAO 5/19/20 |
| 03/31/2020 | | PRETRIAL (Judicial Officer: Ober, Joelle Ann) |
| | | (10:00 AM - COURTROOM 301 3RD FL 800 E TWIGGS ST. TAMPA FL 33602) |
| 03/17/2020 | 12 | ORDER TO APPEAR FOR PRETRIAL |
| | | SET 6/16/20 AT 10:00 AM |
| | | "Defendant: NATIONAL CREDIT SYSTEMS INC","Date Signed: 03/17/2020","Judicial Officer: Ober, Joelle Ann" |
| 03/17/2020 | 11 | ORDER TO APPEAR FOR PRETRIAL |
| | | SET 6/16/20 AT 10:00 AM |
| | | "Plaintiff: HARRIS, YOLANDA","Date Signed: 03/17/2020","Judicial Officer:: Ober, Joelle Ann" |
| 02/21/2020 | 10 | CORRESPONDENCE |
| | | "Plaintiff: HARRIS, YOLANDA" |
| 02/18/2020 | | PRETRIAL (Judicial Officer: Ober, Joelle Ann) |
| | | (10:00 AM - COURTROOM 301 3RD FL 800 E TWIGGS ST. TAMPA FL 33602) |
| 01/30/2020 | 9 | ALIAS PRE TRIAL SUMMONS ISSUED AND SET |
| | | "Plaintiff: HARRIS, YOLANDA" |
| | | "Plaintiff: HARRIS, YOLANDA" |
| 01/30/2020 | 7 | SUMMONS RETURNED NOT SERVED |
| | | "Defendant: NATIONAL CREDIT SYSTEMS INC" |
| 01/21/2020 | 6 | COURT TICKET |
| | | PRE-TRIAL |
| 01/21/2020 | | PRETRIAL (Judicial Officer: Ober, Joelle Ann) |
| | | (10:00 AM - COURTROOM 301 3RD FL 800 E TWIGGS ST. TAMPA FL 33602) |
| 11/22/2019 | 4 | CIVIL AFFIDAVIT APPL INDIGENT STATUS - INDIGENT |
| | | "Plaintiff: HARRIS, YOLANDA" |
| 11/22/2019 | 3 | PRE TRIAL SUMMONS ISSUED AND SET |
| | | "Plaintiff: HARRIS, YOLANDA" |
| 11/22/2019 | 2 | STATEMENT OF CLAIM |
| 11/22/2019 | 1 | File Home Location - Electronic |