**STATE OF FLORIDA**
**COUNTY OF HILLSBOROUGH**

The foregoing instrument was sworn to or affirmed and signed before me this _____ day of
_____, _____, by _____ who is personally known to me
or who has produced _____ identification and who did [  ] did not [  ] take an oath.

**PAT FRANK**
As Clerk of the Court


_____                    _____
As Deputy Clerk                                     Notary Public


                                                    _____
                                                    Typed or Printed Name

**STATE OF FLORIDA**
**COUNTY OF HILLSBOROUGH**

The foregoing instrument was sworn to or affirmed and signed before me this ____NOV 2 2 2019____ day of
_____, _____, by ___Yolanda Harris___ who is personally known to me
or who has produced ___FLN___ identification and who did [X] did not [  ] take an oath.

**PAT FRANK**
As Clerk of the Court

___Anne C___
As Deputy Clerk

_____
Notary Public

_____
Typed or Printed Name

DEAR JUDGE,

In July 2017 i moved out of
the apartments mabry manor
on the 1st of the month. I
Went to go stay with my daughter
who was injured in a car accident.
I gave a 60 day notice to the
apartments. Long story short
the apartments put a #2000
break your lease fee on me because
They said I was suppose to move
out on July 10th not July 1st.
Oh I was very upset but was
not in collections so the apartments
gave me the name of the company
so I called them and made a payment
with them, my second payment i recieved
a recording explaining that they are
no longer in business and National
Credit Systems is now handling
my case. So i reached out to lisa
manuel to make a payment arrangements
that is what the letter said and
voicemail..

So i reach out to her by phone and she told me i had to provide my payment by debit card number on file. Now out of my 48 years of living and with all the fraud I have never heard of this before. I was trying to understand her statement i can not send in a money order or pay by mail i had to provide her with my debit card number to put on file or she was going to send me to the credit bureau. I explained i was paying with money order or check but it could not be sent to the bureaus, I would not be able to get an apartment. She sent me 2 weeks later. She was mean and rude. Now I am in all 3 bureaus I can not get an apartment anywhere, and I am homeless I wish to have this removed from my credit, it was placed on me out of anger.

Thank you Yolanda.



DEPT 855    1160914019012
PO BOX 4115
CONCORD CA  94524

**National Credit Systems, Inc**
P.O. Box 312125 Atlanta, GA 31131-2125
Phone: (404) 629-2728
Toll Free: (800) 459-1539

ADDRESS SERVICE REQUESTED

YOLANDA HARRIS
PO BOX 173505
TAMPA FL 33672-1505

January 15, 2019

Current Creditor:  MABRY MANOR APTS / 1701
Account #: ▮▮▮▮▮▮▮
Balance: $2000.00
Dear YOLANDA HARRIS,

Your refusal to make suitable arrangements to satisfy the above referenced debt has resulted in your account being reviewed for additional recovery options available to our client in your state. Our company has already reported this account to all three national credit bureaus, which is likely affecting your ability to obtain credit, rent, or secure favorable interest rates.

If voluntary payment of this account is not made, we may recommend that our client proceed with additional collection remedies available to them under the law. If our client elects to initiate a lawsuit and obtains a court judgment against you, they may pursue other lawful recovery options. Their options may include any or all of the following, based upon legal procedures allowed in your state:

1. Garnishment of wages (states excluded: NC, SC, PA, TX)
2. Bank account levies
3. Liens on property

We encourage you to contact our office at your earliest opportunity, as our goal is to help facilitate a friendly resolution of your account. Otherwise, you may submit payment for this account through our website (www.nationalcreditsystems.com), by mail, or with our office over the phone.

Sincerely,

Lisa Manuel
Collection Representative
404-592-0225  800-440-4205



Use QR code to gain immediate access for payment.
www.nationalcreditsystems.com

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
**CIVIL DIVISION**

Yolanda Harris

CASE NO. 19 - 061328

DIVISION ___I___

Plaintiff(s)

vs

National Credit Systems, Inc
Officer / Joel Lockey & (Lisa Manuel)

Defendant(s)

## NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S) (Name & address of Defendant(s) to be Served)

Officer Director Joel Lackey    1311 Pebble Creek Road
(Lisa Manuel                    Marietta, GA 30067
( Collections Representative)

**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the George Edgecomb Courthouse in Courtroom # __301__, located at 800 East Twiggs St., Tampa, FL 33602   n the __21__ day of __January__, 20 __20__ at __10:00__ (AM)/PM for a PRETRIAL CONFERENCE.

**THE COUNTY COURT DOES NOT PROVIDE INTERPRETERS OR TRANSLATORS, YOU ARE RESPONSIBLE FOR PROVIDING YOUR OWN INTERPRETERS OR TRANSLATORS.**

**LA CORTE DEL CONDADO NO PROVEE INTERPRETES O TRADUCTORES, USTED ES RESPONSABLE DE PROVEER SU PROPIO INTERPRETE O TRADUCTOR.**

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

> **If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

### *IMPORTANT – READ CAREFULLY*
***THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE BUT MAY BE MEDIATED AT THAT TIME.***
***DO NOT BRING WITNESSES – YOU MUST APPEAR IN PERSON OR BY ATTORNEY.***

**WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION.  FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT, OR DISMISSAL.**

The Defendant(s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the Court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity.  A principal is defined as being an officer, member, managing member, or partner of the business entity.  Written authorization must be brought to the Pretrial Conference/Mediation.**

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

### Mediation
Mediation may take place during the time scheduled for the pretrial conference.  Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be.  It is an informal and non adversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rest with the parties.  Negotiations in county court mediation are primarily conducted by the parties.  counsel for each party may participate.  However, presence of the counsel is not required.  If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial.  Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

[1]   where the contract was entered into.
[2]   if the suit is on unsecured promissory note, where the note is signed or where the maker resides.
[3]   if the suit is to recover property or to foreclosure a lien, where the property is located.
[4]   where the event giving rise to the suit occurred.
[5]   where any one or more defendant(s) sued reside.
[6]   any location agreed to in a contract.
[7]   in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you as the Defendant(s) believe the Plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) **with the court 7 days prior to your first court date** and send a copy to the Plaintiff(s) or Plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATED ON _October   10   NOV 2 3 2018 2019_.

PAT FRANK
As Clerk of the Court

By:_____
As Deputy Clerk
(813) 276-8100, Extension 4362

## IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
### CIVIL DIVISION

Date __01/21/2020__                    Case Number: __19-CC-061328  Division I__

__YOLANDA HARRIS,__
**Plaintiff(s)**
**vs**
__NATIONAL CREDIT SYSTEMS INC,__
**Defendant(s)**
**Counter-Claim Plaintiff: Counter-Claim Defendant:**
**Cross-Claim Plaintiff: Cross-Claim Defendant:**
**Third Party Claim Plaintiff: Third Party Claim Defendant:**

Appeared for Plaintiff: Attorney of Record Pro Se or _Yolanda Harris_ with/without Attorney
☐ No appearance

Appeared for Defendant: Attorney of Record Pro Se or _____ with/without Attorney
☑ No appearance

### PRE-TRIAL CONFERENCE ORDER/MEMORANDUM OF DISPOSITION

✓ 1. No Return of service/No service on Defendant(s) _____

_____ 2. Default Defendant(s) _____

_____

a. Default upon proof of Service   b. Affidavit to be filed.   c. sworn testimony taken in Open Court from: _____

_____ 3. Denied by Defendant(s): _____ all or part of claim. Set for Trial.

_____ 4. Admitted by Defendant(s) _____

_____ 5. _____ days to: _____ Answer; _____ Counterclaim; _____ to Amend; _____ File 3rd party Claim; _____ Crossclaim

_____ 6. DISMISSAL as to _____ Lack of Prosecution/Settlement.

_____ 7. JUDGMENT OR SETTLMENT: AGAINST _____

Disposition to be prepared by: Attorney _____; Clerk _____; Plaintiff _____

_____ 8. WITHHOLD FINAL JUDGENT PENDING defendant making payments.

Defendant(s) _____

Agree(s) to make payments of $_____ per _____ beginning the _____ of _____ 20__.

_____ 9 Referred to Mediation _____ 9a. Upon separate Order from Court. _____ 9b. Upon Separate Motion and Order.

_____ Days Out   _____ Mediation Prior to Trial

_____ 10. Referred to Non-binding Arbitration. 11. _____ days to comply with discovery.

_____ 12. No Full Rules to Apply. _____ 13. All Rules to Apply/Rule 1.442 to be applied. _____ 14. Objection to Rule 1.442 made/to be set for hearing.

_____ 15. Standard Order Applies. _____ 16. Continued Pending Settlement. _____ 17. **SETTLED**

_____ 18. Plaintiff/Defendant may appear by telephone at Mediation. Parties to provide document prior to mediation hearing to opposing sides

_____ 19. Other: _____

By: _____        _____

    Deputy Clerk                                County Judge

**SHERIFF'S ENTRY OF SERVICE**

Florida

C814F3

Marietta, Georgia     COBB COUNTY

Superior Court ☐     State Court ☐

FILED
COUNTY COURT
2020 JAN 30 PM 3: 04
HILLSBOROUGH

KEEP

Attorney's Address

Civil Action No. 19-061328

Date Filed _____

Name and Address of Party to be Served

National Credit Systems, Inc
C/o Joel Lockey
1811 Pebble Creek Rd
Marietta, GA 30067

Yolanda Harris

_____ Plaintiff

VS.

National Credit Systems, Inc

_____ Garnishee

_____ Defendant

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☑ Diligent search made and defendant _NA_ not to be found in the jurisdiction of this Court. 3 Attempts — C.f. D.T passed

This _23_ day of _Jan_, 20_20_

_____ DEPUTY

SHERIFF DOCKET _____ PAGE _____   COBB COUNTY, GEORGIA

WHITE: Clerk     CANARY: Plaintiff Attorney     PINK: Defendant

Cobb County Sheriff's Office
185 Roswell Street
Marietta, Ga. 30090-9650

**IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
**CIVIL DIVISION**

YOLANDA HARRIS

CASE NO. 19 - 061328

DIVISION _____I_____

Plaintiff(s)

vs

National Credit Systems, Inc
Officer / Joel Lockey & (Lisa Manuel)

Defendant(s)

### NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S) (Name & address of Defendant(s) to be Served)

Officer Director Joel Lackey    1311 Pebble Creek Road
(Lisa Manuel                    Marietta, GA 30067
Collections Representative)

**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the George Edgecomb Courthouse in Courtroom # _301_, located at 800 East Twiggs St., Tampa, FL 33602   on the _21_ day of _January_, 20 _20_ at _10:00_ (AM/PM) for a PRETRIAL CONFERENCE.

**THE COUNTY COURT DOES NOT PROVIDE INTERPRETERS OR TRANSLATORS, YOU ARE RESPONSIBLE FOR PROVIDING YOUR OWN INTERPRETERS OR TRANSLATORS.**

**LA CORTE DEL CONDADO NO PROVEE INTERPRETES O TRADUCTORES, USTED ES RESPONSABLE DE PROVEER SU PROPIO INTERPRETE O TRADUCTOR.**

REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES



**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

### *IMPORTANT – READ CAREFULLY*
### *THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE BUT MAY BE MEDIATED AT THAT TIME.*
### *DO NOT BRING WITNESSES – YOU MUST APPEAR IN PERSON OR BY ATTORNEY.*

### WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION.  FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT, OR DISMISSAL.

The Defendant(s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the Court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity.  A principal is defined as being an officer, member, managing member, or partner of the business entity.  Written authorization must be brought to the Pretrial Conference/Mediation.**

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

#### Mediation

Mediation may take place during the time scheduled for the pretrial conference.  Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be.  It is an informal and non adversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rest with the parties.  Negotiations in county court mediation are primarily conducted by the parties.  counsel for each party may participate.  However, presence of the counsel is not required.  If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial.  Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

[1]   where the contract was entered into.
[2]   if the suit is on unsecured promissory note, where the note is signed or where the maker resides.
[3]   if the suit is to recover property or to foreclosure a lien, where the property is located.
[4]   where the event giving rise to the suit occurred.
[5]   where any one or more defendant(s) sued reside.
[6]   any location agreed to in a contract.
[7]   in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you as the Defendant(s) believe the Plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) **with the court 7 days prior to your first court date** and send a copy to the Plaintiff(s) or Plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATED ON _____October    10_____   NOV 2 2 2019_____.

                                        **PAT FRANK**
                                        As Clerk of the Court

                                        By:_____
                                            As Deputy Clerk
                                            (813) 276-8100, extension 4362

**IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION**

CASE NO. **19-CC-061328 Division I**

**YOLANDA HARRIS**
                    Plaintiff

vs

**NATIONAL CREDIT SYSTEMS INC**
                    Defendant(s)

**ALIAS SUMMONS/NOTICE TO APPEAR FOR PRETRIAL CONFERENCE**

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S) (Name & address of Defendant(s) to be
Served)  **NATIONAL CREDIT SYSTEMS INC c/o JOEL LOCKEY, 1311 PEBBLE CREEK RD
MARIETTA GA  30067,**
**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the Edgecomb Courtroom
301 3rd Fl  located at 800 E. Twiggs Street, Tampa, Florida 33602 on the **31st day of March, 2020** at  **10:00 AM** for a
PRETRIAL CONFERENCE.

**THE COUNTY COURT DOES NOT PROVIDE INTERPRETERS OR TRANSLATORS; YOU ARE RESPONSIBLE FOR
PROVIDING YOUR OWN INTERPRETERS OR TRANSLATORS.**

**LA CORTE DEL CONDADO NO PROVEE INTERPRETES O TRADUCTORES, USTED ES RESPONSABLE DE
PROVEER SU PROPIO INTERPRETE O TRADUCTOR.**

**TRIBINAL KONTE A PA BAY ENTÈRPRÈT OSWA TRANSLATOR, OU SE RESPONSAB POU FOUNI PWÒP
ENTÈPRÈT OSWA TRANSLATOR OU.**

REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

**If you are a person with a disability who needs any accommodation in order to participate
in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.
Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St.,
Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled
court appearance, or immediately upon receiving this notification if the time before the
scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

SOLICITUDES DE ALOJAMIENTO POR PERSONAS CON DISCAPACIDAD

**Si usted es una persona minusválida que necesita algún acomodamiento para poder
participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le
provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de
ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida
33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia
en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes
de la comparecencia que se ha programado es menos de 7 días; si usted tiene
discapacitación del oído o de la voz, llame al 711.**

## DEMANN POU AKOMODASYON POU MOUN KI GEN ENFIMITE

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

### *IMPORTANT – READ CAREFULLY*
### *THE CASE WILL NOT BE TRIED AT THAT TIME.*
### *DO NOT BRING WITNESSES – YOU MUST APPEAR IN PERSON OR BY ATTORNEY.*

The Defendant(s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the Court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference/Mediation.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

#### Mediation
Mediation may take place during the time scheduled for the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorneys' fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy
If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

[1]   where the contract was entered into.
[2]   if the suit is on unsecured promissory note, where the note is signed or where the maker resides.
[3]   if the suit is to recover property or to foreclosure a lien, where the property is located.
[4]   where the event giving rise to the suit occurred.
[5]   where any one or more defendant(s) sued reside.
[6]   any location agreed to in a contract.
[7]   in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you as the Defendant(s) believe the Plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) **with the court 7 days prior to your first court date** and send a copy to the Plaintiff(s) or Plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATED at Tampa, Florida. Issued on January 30, 2020.

PAT FRANK
(As Clerk of the Court)

Prepared By: Marquita Jones, Deputy Clerk
(813) 276-8100

## IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## CIVIL DIVISION

CASE NO. **19-CC-061328 Division I**

**YOLANDA HARRIS**
     Plaintiff

vs

**NATIONAL CREDIT SYSTEMS INC**
     Defendant(s)

### ALIAS SUMMONS/NOTICE TO APPEAR FOR PRETRIAL CONFERENCE

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S) (Name & address of Defendant(s) to be Served)  **NATIONAL CREDIT SYSTEMS INC c/o  LISA MANUEL, 1311 PEBBLE CREEK RD MARIETTA GA  30067,**
**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the <u>Edgecomb Courtroom 301 3rd Fl</u> located at 800 E. Twiggs Street, Tampa, Florida 33602 on the **31st day of March, 2020** at  **10:00 AM** for a PRETRIAL CONFERENCE.

**THE COUNTY COURT DOES NOT PROVIDE INTERPRETERS OR TRANSLATORS; YOU ARE RESPONSIBLE FOR PROVIDING YOUR OWN INTERPRETERS OR TRANSLATORS.**

**LA CORTE DEL CONDADO NO PROVEE INTERPRETES O TRADUCTORES, USTED ES RESPONSABLE DE PROVEER SU PROPIO INTERPRETE O TRADUCTOR.**

**TRIBINAL KONTE A PA BAY ENTÈRPRÈT OSWA TRANSLATOR, OU SE RESPONSAB POU FOUNI PWÒP ENTÈPRÈT OSWA TRANSLATOR OU.**

REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

SOLICITUDES DE ALOJAMIENTO POR PERSONAS CON DISCAPACIDAD

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

## DEMANN POU AKOMODASYON POU MOUN KI GEN ENFIMITE

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

### *IMPORTANT – READ CAREFULLY*
### *THE CASE WILL NOT BE TRIED AT THAT TIME.*
### *DO NOT BRING WITNESSES – YOU MUST APPEAR IN PERSON OR BY ATTORNEY.*

The Defendant(s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the Court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference/Mediation.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

#### Mediation
Mediation may take place during the time scheduled for the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorneys' fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy
If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

[1]  where the contract was entered into.
[2]  if the suit is on unsecured promissory note, where the note is signed or where the maker resides.
[3]  if the suit is to recover property or to foreclosure a lien, where the property is located.
[4]  where the event giving rise to the suit occurred.
[5]  where any one or more defendant(s) sued reside.
[6]  any location agreed to in a contract.
[7]  in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you as the Defendant(s) believe the Plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) **with the court 7 days prior to your first court date** and send a copy to the Plaintiff(s) or Plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATED at Tampa, Florida. Issued on January 30, 2020.

**PAT FRANK**
As Clerk of the Court

Prepared By: Marquita Jones, Deputy Clerk
(813) 276-8100

**IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
**CIVIL DIVISION**

Yolanda Harris

Plaintiff(s)

vs

National Credit Systems, Inc
Officer / Joel Lockey & (Lisa Manuel)
Defendant(s)

CASE NO. 19 - 061328

DIVISION ___I___

## NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S) (Name & address of Defendant(s) to be Served)

Officer Director Joel Lackey   1311 Pebble Creek Road
(Lisa Manuel                   Marietta, GA 30067
( Collections Representative)

**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the George Edgecomb Courthouse in Courtroom # 301 , located at 800 East Twiggs St., Tampa, FL 33602   n the 21 day of January , 20 20 at 10:00 (AM)/PM for a PRETRIAL CONFERENCE.

**THE COUNTY COURT DOES NOT PROVIDE INTERPRETERS OR TRANSLATORS, YOU ARE RESPONSIBLE FOR PROVIDING YOUR OWN INTERPRETERS OR TRANSLATORS.**

**LA CORTE DEL CONDADO NO PROVEE INTERPRETES O TRADUCTORES, USTED ES RESPONSABLE DE PROVEER SU PROPIO INTERPRETE O TRADUCTOR.**

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

### *IMPORTANT – READ CAREFULLY*
***THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE BUT MAY BE MEDIATED AT THAT TIME.***
***DO NOT BRING WITNESSES – YOU MUST APPEAR IN PERSON OR BY ATTORNEY.***

**WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION.  FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT, OR DISMISSAL.**

The Defendant(s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the Court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity.  A principal is defined as being an officer, member, managing member, or partner of the business entity.  Written authorization must be brought to the Pretrial Conference/Mediation.**

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

### Mediation
Mediation may take place during the time scheduled for the pretrial conference.  Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be.  It is an informal and non adversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rest with the parties.  Negotiations in county court mediation are primarily conducted by the parties.  counsel for each party may participate.  However, presence of the counsel is not required.  If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial.  Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

[1]   where the contract was entered into.
[2]   if the suit is on unsecured promissory note, where the note is signed or where the maker resides.
[3]   if the suit is to recover property or to foreclosure a lien, where the property is located.
[4]   where the event giving rise to the suit occurred.
[5]   where any one or more defendant(s) sued reside.
[6]   any location agreed to in a contract.
[7]   in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you as the Defendant(s) believe the Plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) **with the court 7 days prior to your first court date** and send a copy to the Plaintiff(s) or Plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATED ON ___October  10____ NOV 2 3 2019 ____.

PAT FRANK
As Clerk of the Court

By: _____
    As Deputy Clerk
    (813) 276-8100, Extension 4362

19-CC-061328 DIVISION I

Dear judge,

I am bringing this company national credit solutions to court because I am in collections and I deny the allegations from this company. When I was sent to the first collection company called RADCO. I started paying them because I didn't know any better and they took my money and closed down with instructions this other company NATIONAL CREDIT SYSTEMS took over. I called the number on the paper and spoke to a LISA MANUEL she states that I had to provide my debit card on file permanently to make a payment and I explained to her that her numbers were not accurate and I wasn't even sure this was suppose to be on my credit, I asked could I send check or money order and she got off the phone and sent me straight to collections. 1/22/2020 I went to the apartments MABRY MANOR  813-213-4274 where I use to live to talk to the rent office manager and she stated that the old manager sent me to collections and they have no information on the collection company RADCO, and as of today they had to stop using NATIONAL CREDIT SOLUTIONS and she can't  tell me the reason why. Judge I am currently homeless because 2,000 on your credit looks like an eviction and in the state of FLORIDA no one will rent to you as if you have committed murder. Please judge help me with this situation because I am a person who pays my bills and I think these companies are committing fraud at the point.

Love, Yolanda Harris

813-369-1818

2/1/2019

# IN THE COUNTY COURT IN AND FOR
## HILLSBOROUGH COUNTY, FLORIDA
## CIVIL DIVISION

Case No. **19-CC-061328   Division I**

**YOLANDA HARRIS,**
      Plaintiff(s)

vs

**NATIONAL CREDIT SYSTEMS INC,**
      Defendant(s)



## ORDER TO APPEAR FOR PRE-TRIAL HEARING

**To:   YOLANDA HARRIS**
      **2517 E 31ST AVE APT B**
      **TAMPA FL  33610**

     **YOU ARE HEREBY ORDERED TO APPEAR** before the Honorable Joelle Ann Ober, a Judge of the above captioned Court in the GEORGE EDGECOMB COURTHOUSE, EDGECOMB COURTROOM 301 3RD FL **at** 800 E. Twiggs Street, Tampa, FL 33602, **10:00 AM** on **June 16, 2020**

     **AS YOU WERE PREVIOUSLY SERVED,** with a Summons/Notice to Appear for Pretrial Conference for **March 31, 2020 10:00 AM,** you are required to appear at the above date and time.  SHOULD YOU FAIL TO APPEAR AS HEREIN ORDERED, IT SHALL BE DETERMINED THAT YOU HAVE WAIVED YOUR RIGHT TO A HEARING.

## IMPORTANT-READ CAREFULLY
## THE CASE WILL NOT BE TRIED AT THAT TIME
## DO NOT BRING WITNESSES-APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution.  A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.  The purpose of the pretrial conference is to record your appearance, to determine

if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference.  You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.  If you admit the claim, but desire additional time to pay, you must come and state the

circumstances to the court.  The court may or may not approve a payment plan and withhold judgment or execution or levy.

The court may order the parties to mediation.  Mediation means a process whereby a neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties.   The mediation conference will take place immediately following the pretrial hearing unless otherwise ordered by the court. In no event shall the mediation conference be held more than fourteen days after the pretrial conference.

**RIGHT TO VENUE:  The law gives the person or company who has sued you the right to file suit in any one of several places as listed below.  However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue.  A proper location or venue may be one of the following: 1) where the contract was entered into; 2)if the suit is one unsecured promissory note, where the note is signed or where the maker resides; 3)if the suit is to recover property or to foreclose a lien, where the property is located; 4)where the event giving rise to the suit occurred; 5)where any one or more defendant(s) sued reside; 6)any location agreed to in a contract; 7)in an action or money due, if there is no agreement as to where suit may be filed, where payment is to be made.  If you as the defendant(s) believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in an affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff(s)'s attorney, if any.**

**DONE AND ORDERED** this _____ day of **MAR 1 7 2020** , 20_____.

_____
**COUNTY JUDGE**

CC     Plaintiff(s)
         Defendant(s)

### IN THE COUNTY COURT IN AND FOR
### HILLSBOROUGH COUNTY, FLORIDA
### CIVIL DIVISION

Case No. **19-CC-061328   Division I**

**YOLANDA HARRIS,**
      Plaintiff(s)

vs

**NATIONAL CREDIT SYSTEMS INC,**
      Defendant(s)



#### ORDER TO APPEAR FOR PRE-TRIAL HEARING

**To:   NATIONAL CREDIT SYSTEMS INC**
     **C/O JOEL LOCKEY**
     **1311 PEBBLE CREEK RD**
     **MARIETTA GA  30067**

     **YOU ARE HEREBY ORDERED TO APPEAR** before the Honorable Joelle Ann Ober, a Judge of the above captioned Court in the GEORGE EDGECOMB COURTHOUSE, EDGECOMB COURTROOM 301 3RD FL **at** 800 E. Twiggs Street, Tampa, FL 33602, **10:00 AM** on **June 16, 2020**

     **AS YOU WERE PREVIOUSLY SERVED,** with a Summons/Notice to Appear for Pretrial Conference for **March 31, 2020 10:00 AM,** you are required to appear at the above date and time.  SHOULD YOU FAIL TO APPEAR AS HEREIN ORDERED, IT SHALL BE DETERMINED THAT YOU HAVE WAIVED YOUR RIGHT TO A HEARING.

#### IMPORTANT-READ CAREFULLY
#### THE CASE WILL NOT BE TRIED AT THAT TIME
#### DO NOT BRING WITNESSES-APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution.  A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.  The purpose of the pretrial conference is to record your appearance, to determine
if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference.  You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.  If

you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

The court may order the parties to mediation. Mediation means a process whereby a neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties. The mediation conference will take place immediately following the pretrial hearing unless otherwise ordered by the court. In no event shall the mediation conference be held more than fourteen days after the pretrial conference.

**RIGHT TO VENUE: The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: 1) where the contract was entered into; 2)if the suit is one unsecured promissory note, where the note is signed or where the maker resides; 3)if the suit is to recover property or to foreclose a lien, where the property is located; 4)where the event giving rise to the suit occurred; 5)where any one or more defendant(s) sued reside; 6)any location agreed to in a contract; 7)in an action or money due, if there is no agreement as to where suit may be filed, where payment is to be made. If you as the defendant(s) believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in an affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff(s)'s attorney, if any.**

DONE AND ORDERED this _____ day of __MAR 1 7 2020__ , 20____ .

_____
COUNTY JUDGE

CC    Plaintiff(s)
      Defendant(s)

### IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
### CIVIL DIVISION

Yolanda Harris

_____

Plaintiff(s)

CASE NO. 19 - 061328

DIVISION _I_

vs

National Credit Systems, Inc
Officer / Joel Lockey & (Lisa Manuel)

Defendant(s)

### NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S) (Name & address of Defendant(s) to be Served)

Officer Director Joel Lackey   1311 Pebble Creek Road
(Lisa Manuel                    Marietta, GA 30067
( Collections Representative)

**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the George Edgecomb Courthouse in Courtroom # _301_ located at 800 East Twiggs St., Tampa, FL 33602   n the _21_ day of _January_, 20 _20_ at _10:00_ (AM)/PM for a PRETRIAL CONFERENCE.

**THE COUNTY COURT DOES NOT PROVIDE INTERPRETERS OR TRANSLATORS, YOU ARE RESPONSIBLE FOR PROVIDING YOUR OWN INTERPRETERS OR TRANSLATORS.**

**LA CORTE DEL CONDADO NO PROVEE INTERPRETES O TRADUCTORES, USTED ES RESPONSABLE DE PROVEER SU PROPIO INTERPRETE O TRADUCTOR.**

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

> **If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

### *IMPORTANT – READ CAREFULLY*
***THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE BUT MAY BE MEDIATED AT THAT TIME.***
***DO NOT BRING WITNESSES – YOU MUST APPEAR IN PERSON OR BY ATTORNEY.***

**WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION.  FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT, OR DISMISSAL.**

The Defendant(s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the Court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity.  A principal is defined as being an officer, member, managing member, or partner of the business entity.  Written authorization must be brought to the Pretrial Conference/Mediation.**

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

### Mediation

Mediation may take place during the time scheduled for the pretrial conference.  Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be.  It is an informal and non adversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rest with the parties.  Negotiations in county court mediation are primarily conducted by the parties.  counsel for each party may participate.  However, presence of the counsel is not required.  If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial.  Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

[1]     where the contract was entered into.
[2]     if the suit is on unsecured promissory note, where the note is signed or where the maker resides.
[3]     if the suit is to recover property or to foreclosure a lien, where the property is located.
[4]     where the event giving rise to the suit occurred.
[5]     where any one or more defendant(s) sued reside.
[6]     any location agreed to in a contract.
[7]     in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you as the Defendant(s) believe the Plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) **with the court 7 days prior to your first court date** and send a copy to the Plaintiff(s) or Plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATED ON _____October    10_____ NOV 2 3 20 2018 9_____.

                                        **PAT FRANK**
                                        As Clerk of the Court

                                        By:_____
                                               As Deputy Clerk
                                               (813) 276-8100, extension 4362

*Florida*

*C814F3*

**SHERIFF'S ENTRY OF SERVICE**

Marietta, Georgia          COBB COUNTY

Superior Court ☐          State Court ☐

FILED
COUNTY COURT

2020 JAN 30 PM 3: 04

HILLSBOROUGH

Attorney's Address

KEEP

Civil Action No. *19-061328*

Date Filed _____

Name and Address of Party to be Served

*National Credit Systems, Inc*
*C/o Joel Lockey*
*1811 Pebble Creek Rd*
*Marietta, GA 30067*

*Yolanda Harris*

_____
Plaintiff

VS.

*National Credit Systems, Inc*

_____
Garnishee                                    Defendant

**PERSONAL** ☐  I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS** ☐  I have this day served the defendant _____ by leaving
a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows age, about _____ years;
weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐  Served the defendant _____ a corporation

by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐  I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☑  Diligent search made and defendant *NA*
not to be found in the jurisdiction of this Court. *3 Attempts - C.f. DT passed*

This *23* day of *Jan*, 20 *20*

_____
DEPUTY

SHERIFF DOCKET _____ PAGE _____ COBB COUNTY, GEORGIA

WHITE: Clerk          CANARY: Plaintiff Attorney          PINK: Defendant

Cobb County Sheriff's Office
185 Roswell Street
Marietta, Ga. 30090-9650

**IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
**CIVIL DIVISION**

YOlANDA HARRIS

CASE NO. 19 - 061328

DIVISION ___I___

Plaintiff(s)

vs

National Credit Systems, Inc
OFFICER / JOEl Lockey & (Lisa Manuel)
Defendant(s)

### NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S) (Name & address of Defendant(s) to be
Served)

OFFICER DIRECTOR JOEl Lockey   1311 PEBBIE CREEK Road
(Lisa Manuel                    Marietta, GA 30067
Collections Representative )

**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the George Edgecomb
Courthouse in Courtroom # __301__ , located at 800 East Twiggs St., Tampa, FL 33602   n the __21__ day of
__January__ , 20 __20__ at __10:00__ (AM/PM for a PRETRIAL CONFERENCE.

**THE COUNTY COURT DOES NOT PROVIDE INTERPRETERS OR TRANSLATORS, YOU ARE RESPONSIBLE FOR
PROVIDING YOUR OWN INTERPRETERS OR TRANSLATORS.**

**LA CORTE DEL CONDADO NO PROVEE INTERPRETES O TRADUCTORES, USTED ES RESPONSABLE DE
PROVEER SU PROPIO INTERPRETE O TRADUCTOR.**

REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES



**If you are a person with a disability who needs any accommodation in
order to participate in this proceeding, you are entitled, at no cost to you, to
the provision of certain assistance. Please contact the ADA Coordinator,
Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa,
Florida 33602, (813) 272-7040, at least 7 days before your scheduled court
appearance, or immediately upon receiving this notification if the time
before the scheduled appearance is less than 7 days; if you are hearing or
voice impaired, call 711.**

## *IMPORTANT – READ CAREFULLY*
*THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE BUT MAY BE MEDIATED AT THAT TIME.*
*DO NOT BRING WITNESSES – YOU MUST APPEAR IN PERSON OR BY ATTORNEY.*

## WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION.  FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT, OR DISMISSAL.

The Defendant(s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the Court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity.  A principal is defined as being an officer, member, managing member, or partner of the business entity.  Written authorization must be brought to the Pretrial Conference/Mediation.**

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

### Mediation
Mediation may take place during the time scheduled for the pretrial conference.  Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be.  It is an informal and non adversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rest with the parties.  Negotiations in county court mediation are primarily conducted by the parties.  counsel for each party may participate.  However, presence of the counsel is not required.  If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial.  Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

[1]  where the contract was entered into.
[2]  if the suit is on unsecured promissory note, where the note is signed or where the maker resides.
[3]  if the suit is to recover property or to foreclosure a lien, where the property is located.
[4]  where the event giving rise to the suit occurred.
[5]  where any one or more defendant(s) sued reside.
[6]  any location agreed to in a contract.
[7]  in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you as the Defendant(s) believe the Plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) **with the court 7 days prior to your first court date** and send a copy to the Plaintiff(s) or Plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATED ON _October 10_     NOV 2 3 2019 .

                                    **PAT FRANK**
                                    As Clerk of the Court

                                    By:_____
                                        As Deputy Clerk
                                        (813) 276-8100, extension 4362

IN THE CIRCUIT/COUNTY COURT OF THE ----- 13 ----- JUDICIAL CIRCUIT
IN AND FOR ---- Hills ---- COUNTY, FLORIDA     19 - 061328

Yolanda Harris

CASE NO. _____

**Plaintiff/Petitioner or In the Interest Of**

vs. National Credit Systems, Inc. Director Joel Lackey and Lisa manuel Collections Rep

**Defendant/Respondent**

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence you must enroll in the clerk's office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. **I have** 1 **dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
   Are you Married?. Yes  No  Does your Spouse Work?...Yes  No   Annual Spouse Income? $ _____

2. **I have a net income of $** 900.00 _____ paid  weekly  every two weeks  semi-monthly  monthly  yearly  other

*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid  weekly  every two weeks  semi-monthly  monthly  yearly  other _____
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | |
|---|---|---|
| Second Job ...............................Yes $ ___ No | Veterans' benefits.......................................Yes $ ___ No |
| Social Security benefits | Workers compensation................................Yes $ ___ No |
|    For you...................................Yes $ ___ No | Income from absent family members ...........Yes $ ___ No |
|    For child(ren) ......................Yes $ ___ No | Stocks/bonds..............................................Yes $ ___ No |
| Unemployment compensation ...........Yes $ ___ No | Rental income.............................................Yes $ 835.00 No |
| Union payments .............................Yes $ ___ No | Dividends or interest...................................Yes $ ___ No |
| Retirement/pensions .......................Yes $ ___ No | Other kinds of income not on the list...........Yes $ ___ No |
| Trusts ...........................................Yes $ ___ No | Gifts...........................................................Yes $ ___ No |

I understand that I will be required to make payments for fees and costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, <u>although</u> I <u>may</u> agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | |
|---|---|---|
| Cash................................................Yes $ ___ No | Savings account ........................................Yes $ ___ No |
| Bank account(s) ..............................Yes $ ___ No | Stocks/bonds.............................................Yes $ ___ No |
| Certificates of deposit or | Homestead Real Property*..........................Yes $ ___ No |
| money market accounts.....................Yes $ ___ No | Motor Vehicle*...........................................Yes $ 335.00 No |
| Boats* ............................................Yes $ ___ No | Non-homestead real property/real estate* ....Yes $ ___ No |

*show loans on these assets in paragraph 5

Check one: I  DO  DO NOT expect to receive more assets in the near future. The asset is _____

5. **I have total liabilities and debts of $** _____ as follows: Motor Vehicle $ 7,000 , Home $_____ , Other Real Property $_____ , Child Support paid direct $_____ , Credit Cards $_____ , Medical Bills $_____ , Cost of medicines (monthly) $_____ , Other $_____

6. **I have a private lawyer in this case............ Yes No**

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge.**

Signed this 10 day of October 2019

5-24-1971     H620-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

Date of Birth     Driver's License or ID Number

PO BOX 173505 Tampa FL 33672

Address, P O Address, Street, City, State, Zip Code

_____
Signature of Applicant for Indigent Status

Print Full Legal Name Yolanda Harris

Phone Number: 813-369-1818

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not indigent, according to s. 57.082, F.S.

Dated this _____ day of _____ NOV 2 2, 2019 _____

Clerk of the Circuit Court by _____

This form was completed with the assistance of: _____

_____
Clerk/Deputy Clerk/Other authorized person.

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**

Sign here if you want the judge to review the clerk's decision _____

# DETERMINATION OF CIVIL INDIGENT STATUS WORKSHEET
Pursuant to Florida Statue 57.082(2), July 2009

**Style of Suit**

Plaintiff/Petitioner or in the Interest Of

**YOLANDA HARRIS**

-vs-

NATIONAL CREDIT SYSTEMS INC

Defendant/Respondent

**TODAY'S DATE:** November 22, 2019
**CASE NUMBER:** NEW CASE

### ① 

| | | |
|---|---|---|
| Cash | $0.00 | |
| Bank Accounts | $0.00 | |
| Savings Account | $0.00 | |
| Certificates of Deposit or Money Market Accounts | $0.00 | |
| Stocks/Bonds | $0.00 | |
| Boats | $0.00 | |
| **TOTAL** | **$0.00** | *INDIGENT AT THIS POINT- GO TO STEP 2* |

### ②

| | | |
|---|---|---|
| Homestead Real Property (Value of) | $0.00 | |
| Exempt for Homestead | $0.00 | |
| ***SUBTOTAL*** | **$0.00** | *INDIGENT AT THIS POINT- GO TO STEP 3* |
| Non-Homestead Real Property/Real Estate (Value of) | $0.00 | |
| Other Real Property (Loan Amount Due) | $0.00 | |
| ***NET EQUITY OF OTHER REAL PROPERTY*** | **$0.00** | *INDIGENT AT THIS POINT- GO TO STEP 4* |

### ③

| | | |
|---|---|---|
| Motor Vehicle (Value) | $325.00 | |
| Motor Vehicle (Loan Amount Due) | $7,000.00 | |
| **NET EQUITY OF MOTOR VEHICLE** | -$6,675.00 | |
| Exempt for Motor Vehicle | ($5,000.00) | |
| ***FINAL NET EQUITY OF MOTOR VEHICLE*** | **-$11,675.00** | *INDIGENT AT THIS POINT- GO TO STEP 5* |

### ④

| | | |
|---|---|---|
| SECTION 1 TOTAL | $0.00 | |
| SECTION 2 TOTAL | $0.00 | |
| SECTION 3 TOTAL | $0.00 | |
| TOTAL | $0.00 | |
| DETERMINATION OF INDIGENT STATUS BASED ON THE GRAND TOTAL OF ASSETS STATED IN SECTIONS 1, 2, AND 3 OF THE WORKSHEET, THE PARTY IS: | ***INDIGENT AT THIS POINT- GO TO STEP 5*** | |

### ⑤ DEPENDENTS

| | |
|---|---|
| Number of Dependents | 1 |
| Plus: Party | 1 |
| ***TOTAL DEPENDENTS*** | **2**  *GO TO NEXT STEP* |

### ⑥

| INCOME | | HOW OFTEN? | | AMOUNT |
|---|---|---|---|---|
| Amount of Net Income | $900.00 | Bi-Weekly | 26 | $23,400.00 |

| OTHER INCOME | | | |
|---|---|---|---|
| Second Job | $0.00 | | |
| Social Security benefits | $0.00 | Veterans' benefit | $0.00 |
| | | Workers compensation | $0.00 |
| | | Income from absent family members | $0.00 |
| Unemployment compensation | | For Child(ren) $0.00 | Stocks/bonds $0.00 |
| | | For You $0.00 | Rental income $835.00 |
| Union payments | $0.00 | Dividends or interest | $0.00 |
| Retirement/pension | $0.00 | Other kinds of income | $0.00 |
| Trusts | $0.00 | Gifts | $0.00 |

| | | HOW OFTEN? | | |
|---|---|---|---|---|
| Total of Other Income | $835.00 | Monthly | 12 | $10,020.00 |
| **TOTAL INCOME** | | | | **$33,420.00** |

★

**FOR OFFICIAL USE ONLY:**

| |
|---|
| DETERMINATION OF INDIGENT STATUS BASED ON SECTION 4 OF THE WORKSHEET, THE PARTY IS: ***INDIGENT AT THIS POINT - GO TO STEP 5*** |
| DETERMINATION OF INDIGENT STATUS BASED ON THE NUMBER OF DEPENDANTS (UP THROUGH 8) AND TOTAL INCOME STATED IN SECTIONS 5 AND 6 OF THE WORKSHEET, THE PARTY IS: ***INDIGENT*** |
| THE FINAL DETERMINATION OF THE INDIGENT STATUS FOR THE PARTY IS: **INDIGENT** |

# IN THE COUNTY COURT OF HILLSBOROUGH COUNTY, FLORIDA
## COUNTY CIVIL DIVISION

YOLANDA HARRIS                                   **Case No:** 19-CC-061328
**Plaintiff**

**vs**

                                                 **Division:** I
NATIONAL CREDIT SYSTEMS INC
**Defendant**

### <u>ORDER REQUIRING ELECTRONIC/TELEPHONIC APPEARANCE FOR ALL PARTIES AT PTC</u>

This CAUSE comes before the Court as part of the reasonable public health measures taken to assist with minimizing the spread of COVID-19 and finds it is appropriate to order all parties to attend the upcoming PTC scheduled for  SEPTEMBER 8 ,2020   at 11:00AM  by zoom (preferably) or telephone or other electronic means.

You shall access the Court via telephone by CALLING 1-253-215-8782 and enter the MEETING ID NUMBER 334 384 7719 and when prompted the PASSWORD which is 705900. You shall access the COURT via the ZOOM LINK  which is https://zoom.us/j/3343847719 , the meeting ID NUMBER IS 334 384 7719 and the PASSWORD is 705900.

Appearance is mandatory. Non appearance may result in dismissal of your claim or a default judgment.

Done and Ordered in Hillsborough County, Florida this 20th day of August, 2020.

                                    19-CC-061328 8/20/2020 4:04:11 PM

                                    19-CC-061328 8/20/2020 4:04:11 PM

                                                 Joelle Ann Ober, Judge

Copies Furnished To:

**Plaintiff**                                    **Defendant**
YOLANDA HARRIS                                   NATIONAL CREDIT SYSTEMS INC
2517 E 31ST AVE APT B                            1311 PEBBLE CREEK RD
TAMPA, FL 33610                                  MARIETTA, GA 30067

# IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## CIVIL DIVISION

**YOLANDA HARRIS,**

    **Plaintiff,**

    **v.**                                 **CASE NO.: 19-CC-061328**

**NATIONAL CREDIT SYSTEMS, INC.,**

    **Defendant.**

_____/

## <u>NOTICE OF APPEARANCE</u>

    **NOTICE IS HEREBY GIVEN** to YOLANDA HARRIS that Patrick K. Elliott. of the law firm, The Law Office of Patrick K. Elliott, PLLC, will be appearing as counsel for NATIONAL CREDIT SYSTEMS, INC. ("Defendant"). The undersigned requests that all future pleadings, notices and papers filed in this matter should be directed to the undersigned.

    Dated this September 20, 2020.

                             Respectfully submitted,

                             */s/ Patrick K. Elliott*
                             **PATRICK K. ELLIOTT**
                             Florida. Bar Number: 1000970
                             **THE LAW OFFICE OF PATRICK K. ELLIOTT, PLLC**
                             100 S. Ashley Drive, Suite 600
                             Tampa, FL 33602
                             Direct Dial: (813) 379-3090
                             Facsimile:   (813) 433-5126
                             Email: elliottp@employmentandconsumerlaw.com
                             Email: assistant@employmentandconsumerlaw.com
                             ***Attorney for Plaintiff***
                             ]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 20, 2020, a true and correct copy of the

foregoing will be furnished to the following *pro se* parties as follows:

Yolanda Harris
2517 E 31st Ave Apt B
Tampa, FL 33610
*Via First Class Mail*

*/s/ Patrick K. Elliott*
**PATRICK K. ELLIOTT**

**IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION**

**YOLANDA HARRIS,**

     **Plaintiff,**

     **v.**                                **CASE NO.: 19-CC-061328**

**NATIONAL CREDIT SYSTEMS, INC.,**

     **Defendant.**

_____/

## <u>NOTICE OF REMOVAL</u>

     **PLEASE TAKE NOTICE THAT** on this date, Defendant, National Credit Systems, Inc. (hereinafter, "NCS" or "Defendant"), hereby removes the above-captioned matter to the United States District Court, Middle district of Florida from the Thirteenth Judicial Circuit located in Hillsborough County, Florida, and in support thereof avers as follows:

     1.     Defendant National Credit Systems, Inc. is the Defendant in a civil action originally filed on or about November 22, 2019, in the Hillsborough County Court, Division I, Florida, titled *Yolanda Harris v. National Credit Systems, Inc*., docketed to case number 19-CC-061328.

     2.     This removal is timely under 28 U.S.C. § 1446(b). National Credit Systems, Inc. received service of process on Monday, August 31, 2020.

     3.     Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all process, pleadings and orders received by Defendant in the state court action.

     4.     The United States District Court for the Middle District of Florida, Tampa Division, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff has filed claims against Defendant for purported violations of both the Fair Debt Collection Practices Act, 15 U.S.C.§ 1692 *et seq*., and the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. Defendant

vehemently denies Plaintiff's allegations that Defendant improperly attempted to collect monies from Plaintiff and has improperly reported amounts on her credit report.

5.      On this date, Defendant has provided notice to all parties and to the County Court in and For Hillsborough County, Florida, of this Notice of Removal.

6.      As such, the parties shall proceed no further in this state court action unless and until the case is remanded pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant removes this case to the United States District Court for the Middle District of Florida.

Dated this September 20, 2020.

Respectfully submitted,

*/s/ Patrick K. Elliott*
**PATRICK K. ELLIOTT**
Florida. Bar Number: 1000970
**THE LAW OFFICE OF PATRICK K. ELLIOTT, PLLC**
100 S. Ashley Drive, Suite 600
Tampa, FL 33602
Direct Dial: (813) 379-3090
Facsimile:   (813) 433-5126
Email: elliottp@employmentandconsumerlaw.com
Email: assistant@employmentandconsumerlaw.com
***Counsel for Defendant***

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on September 20, 2020, a true and correct copy of the

foregoing will be furnished to the following *pro se* parties as follows:

Yolanda Harris
2517 E 31st Ave Apt B
Tampa, FL 33610
*Via First Class Mail*

*/s/ Patrick K. Elliott*
**PATRICK K. ELLIOTT**