FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2020 OCT -7  AM 9: 00

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

YOLANDA T HARRIS

Plaintiff

CASE NUMBER: 8:20-CV-02213-CEH-AAS

v.

National Credit Systems

Defendant

DEAR Judge Charlene Edwards Honeywell

I recieved these documents from the defendant National Credit Systems and the lawyer Katrina Demarte who sent me an email 10-5-20 saying i need to fill these documents out 7-18. Now i called the court and it have no stamp from the Judge or seal so i am not stupid nor a lawyer but i feel i am being <u>bamboozled</u>! She removed my case from a simple Civil Case in regular Court to federal so i would be lost, i can't afford a lawyer and from September 22 she only gave me 14 days from this date to fill out these documents and i just recieved them 10-5-20. So i am going to fill this out to the best of my ability because i am no lawyer, i am just a homeless woman trying to straighten out this mess of a situation because the apartments i moved out of states the do Not even use this company they have me fraudulently on my credit report and in FLORIDA <u>No ONE</u> will rent to me with this company for $2,000 i have no clue what this about, i am exhausted and would like to get this over with its been 2-3 years Now.

I don't know how to fill these documents out i took this to civil court not federal court
i am available 10-15-20, 10-16-20
10-22-20, 10-23-20
10-29-20, 10-30-20

November - 11-5-20, 11-6-20
11-12-20, 11-13-20
11-19-20, 11-20-20

That is it!

Mediation Please

CASE No: 19-CC-061-328

DEAR Judge Joelle ANN OBER

I am enclosing a copy of an email that the lawyer for National Credit System has hired to threaten and harass me. She called and i hung up because we had a court date and i felt it was best to communicate with the judge. I thought i should summit this due to her threatening to take me to Federal court, but i can't understand on what grounds is the Federal? Its about them on my credit Report Fraudulently

Thank You
Lydanda Harris
9/14/20

COURTS
2020 SEP 16 AM 11:00
CLERK OF THE
CIRCUIT COURT

# Harris v National Credit Systems, Inc. Inbox

**Katrina DeMa...** Sep 14
to me, Patrick

Hello Ms. Harris:

As you recall, I attempted to reach out to you via telephone last week in an attempt to discuss this matter, however, for whatever reason, you hung up on me. Following our telephone conversation with the court, NCS retained Mr. Elliott who is cc'd on this email. If you have any interest in potentially discussing settlement, please let him know and he will reach out to you directly, otherwise, we will move forward with the removal of this action to federal court.