UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**YOLANDA HARRIS,**

    **Plaintiff,**

v.                                      CASE NO.:    8:20-cv-02213-CEH-AAS

**NATIONAL CREDIT SYSTEMS, INC.,**

    **Defendant.**

_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES**

**PLEASE TAKE NOTICE** that Jason W. Imler, Esquire, of the law firm of Printy & Printy P.A., hereby gives notice of his appearance as Inventory Attorney on behalf of Attorney, PATRICK K. ELLIOTT and requests that all pleadings, notices, and other papers filed in this action be served on undersigned counsels. The undersigned counsel designates the following primary and secondary e-mail addresses to be used in this matter:

    Primary E-Mail Addresses:        jason.imler@printylawfirm.com

    Secondary E-Mail Addresses:    garyjr@printylawfirm.com
                                                        wanda.butler@printylawfirm.com
                                                        toni.harrold@printylawfirm.com
                                                        ashley.hart@printylawfirm.com

                                                        Respectfully submitted by:

                                                        */s/ Jason W. Imler, Esq*
                                                        Jason W. Imler
                                                        Florida Bar No. 1004422
                                                        PRINTY & PRINTY, P.A.
                                                        3411 W. Fletcher Ave., Suite A
                                                        Tampa, Florida 33618
                                                        (813) 434-0649 Telephone
                                                        (813) 423-6543 Fax
                                                        Jason.Imler@printylawfirm.com

**CERTIFICATE OF SERVICE**

I HEARBY CERTIFY that on this 4th day of November 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via email to the following:

Yolanda Harris
2517 E 31st Ave
Apt. B
Tampa, FL 33610
PRO SE

                                                      */s/ Jason W. Imler*
                                                      **JASON IMLER**
                                                      Florida Bar Number. 1004422
                                                      **GARY L. PRINTY, JR**
                                                      Florida Bar Number. 41956
                                                      **PRINTY & PRINTY, P.A.**
                                                      3411 W. Fletcher Ave., Suite A
                                                      Tampa, Florida 33618
                                                      (813) 434-0649 Telephone
                                                      (813) 423-6543 Fax
                                                      Jason.Imler@printylawfirm.com
                                                      garyjr@printylawfirm.com
                                                      toni.harrold@printylawfirm.com
                                                      wanda.butler@printylawfirm.com
                                                      Ashley.hart@printylawfirm.com